**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn**

Criminal Case No. 10-cr-00539-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  HEATHER TOLAN,
    a.k.a. Heather Looper,**

    Defendant.

---

### ORDER DISCLOSING GRAND JURY MATERIAL TO DEFENDANT

**Blackburn, J.**

The matter before me is the **United States' Motion to Disclose Grand Jury Material To Defendant** [#24] filed November 9, 2010.  After reviewing the motion and being otherwise sufficiently advised, I find that good and sufficient cause supports the same and that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **United States' Motion to Disclose Grand Jury Material To Defendant** [#24] filed November 9, 2010, is **GRANTED**;

2.  That the Grand Jury materials described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case; and

3.  That such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense

attorney shall maintain custody of such materials and shall not reproduce or disseminate the same.

Dated November 10, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge