**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00539-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  HEATHER TOLAN,

     Defendant.

## ORDER EXONERATING BOND

     This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to probation. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     Dated July 28, 2011, at Denver, Colorado.

     **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge